

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00220-CV

| | | |
|---|---|---|
| Peggy Jo Ihnfeldt, Individually and as Trustee for the Estate of William D. Ihnfeldt | § | From the 367th District Court |
| | § | of Denton County |
| | § | (2011-50885-367) |
| v. | § | December 1, 2016 |
| Paula Reagan | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Peggy Jo Ihnfeldt, Individually and as Trustee for the Estate of William D. Ihnfeldt shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner